IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                    CASE NO. 09-30868-DHW
                                                                                        CHAPTER 13

**TOM HICKMAN, and**
**LINDA H. HICKMAN,**

       **Debtor(s).**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on March 31, 2009.

2. A motion to modify post confirmation was filed on July 17, 2009.

3. The debtor(s) §341 Meeting of Creditors held on September 18, 2009.

4. Confirmation hearing is set for October 19, 2009.

5. At the meeting of creditors the debtor(s) was advised the plan is not feasible.

6. Currently, plan payments are $855.00 monthly. In order to make the case feasible, plan payments need to increase to $885.00 monthly.

7. To date no amendments have been filed to resolve the feasibility issue.

WHEREFORE, the above premises considered, the Trustee does not recommend confirmation of this case as the plan as filed is not feasible.

Respectfully submitted, October 13, 2009.

                                                            Curtis C. Reding
                                                            Standing Chapter 13 Trustee

                         By:     /s/ Tina J. Hayes
                                          Tina J. Hayes          (HAY 049)
                                          Staff Attorney

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

## **CERTIFICATE OF SERVICE**

I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, October 13, 2009.

/s/   Tina J. Hayes
Tina J. Hayes

Tom Hickman
Linda H. Hickman
902 Kylo Drive
Greenville, AL  36037


Hon. Richard D. Shinbaum (*via electronic filing*)